UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO:   14-128 |
| v. | * | SECTION : "K" |
| MATTHAIOS FAFALIOS | * | |
| * * * | | |

## UNOPPOSED MOTION TO CANCEL FRYE HEARING

**NOW INTO COURT**, comes the United States of America, who through the undersigned Assistant United States Attorney for the Eastern District of Louisiana, respectfully moves this Honorable Court to cancel the *Frye* hearing currently scheduled on October 1, 2014 at 9:00 a.m. and the Greek interpreter for translation. The government has contacted counsel for Defendant Matthaios Fafalios, who agrees that there is no basis for a hearing and has no objection to this cancellation.

**WHEREFORE**, the United States of America respectfully requests that the *Frye* hearing currently scheduled on October 1, 2014, at 9:00 a.m., and a Greek interpreter for translation be cancelled.

Respectfully submitted,

KENNETH ALLEN POLITE, JR.
UNITED STATES ATTORNEY

/s/ Emily K. Greenfield
EMILY K. GREENFIELD
Assistant United States Attorney
La. Bar Roll No. 28587
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone No. (504) 680-3024

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 22, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing all counsel of record.

      /s/ Emily K. Greenfield
      EMILY K. GREENFIELD
      Assistant United States Attorney